No. 440. GOLDBERG *v.* RECONSTRUCTION FINANCE CORPORATION. December 4, 1944.

No. 576. HICKENBOTTOM ET AL. *v.* McCAIN, COMMISSIONER, ET AL. December 4, 1944.

No. 603. HOUGH *v.* CALIFORNIA. December 4, 1944.

No. —. EX PARTE LOUIS MOSKOVITZ. December 11, 1944.

No. 479. PUBLIC SERVICE COMMISSION (STATE DIVISION OF THE DEPARTMENT OF PUBLIC SERVICE OF NEW YORK) ET AL. *v.* UNITED STATES ET AL. December 11, 1944.

No. 487. WATERS *v.* KINGS COUNTY TRUST CO. December 11, 1944.

No. 33. COMMISSIONER OF INTERNAL REVENUE *v.* HARMON. December 18, 1944. *Ante,* p. 44.

No. 541. HOEHN ET AL. *v.* CREWS ET AL. December 18, 1944.

No. 941, October Term, 1943. UNITED STATES EX REL. LYNN *v.* DOWNER, COMMANDING OFFICER. January 2, 1945. 322 U. S. 756.

No. —. WILSON *v.* HINMAN. January 2, 1945.